# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                Bk. No. 17-10694-BAH
                                                                      Chapter 13
Mary L. McCartney,
        Debtor(s)

## ORDER OF THE COURT

Hearing Date:         05/23/2018

Nature of Proceeding:    Doc# 23 Objection to Claim Number(s) 3 with Incorporated Certificate of Service Filed by Debtor Mary L. McCartney

Outcome of Hearing:

THE OBJECTION TO THE CLAIM 3-1 IS OVERRULED FOR THE REASONS SET FORTH ON THE RECORD THIS DATE.


IT IS SO ORDERED:


/s/ Bruce A. Harwood          05/23/2018
_____
Bruce A. Harwood
Chief Judge